UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN AVOYAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:24-cv-00434-HDV-AYP<br><br>[PROPOSED] JUDGMENT<br><br>Honorable Hernán D. Vera<br>United States District Judge<br><br>**JS 6** |

1

Pursuant to the Court's April 2, 2026 Trial Findings of Fact and Conclusions of Law (Dkt. 81),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Plaintiff Armen Avoyan and against Defendant United States of America on Plaintiff's claim of negligence.

2. Damages are awarded to Plaintiff in the amount of $12,155.19.

3. The above damages reflect the 50% reduction from the total damages amounts for Plaintiff's comparative liability.

4. Attorneys' fees are limited by 28 U.S.C. § 2678.

DATED:  April 21, 2026

_____
HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

2